# EXHIBIT A

Received 06-02-2021

## Commonwealth of Massachusetts

MIDDLESEX,SS.

TRIAL COURT OF THE COMMONWEALTH
SUPERIOR COURT DEPARTMENT
CIVIL DOCKET NO. _21 - 965_

James Todino , PLAINTIFF(S),

V.

Pay Pal , DEFENDANT(S)



**SUMMONS**

THIS SUMMONS IS DIRECTED TO _PAY PAL_ . (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the _Midllesex Superion_ Court. **YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1.  **You must respond to this lawsuit in writing within 20 days.** If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

2.  **How to Respond.** To respond to this lawsuit, you must file a written response with the court **and** mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by: _Middlex_
    a.  Filing your **signed original** response with the Clerk's Office for Civil Business, _Superiok_ Court, _370 Jackson Street_ (address), by mail or in person, **AND**  Lovell,ma.01852
    b.  Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address: _2 Albert Street Woburn,Ma. 0801_ .

3.  **What to include in your response.** An **"Answer"** is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Answer or in a written demand for a jury trial that you must send to the other side and file with the court no more than 10 days after sending your Answer. You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12.** If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at www.mass.gov.courts/case-legal-res/rules of court.

Received 06-02-2021

4.  **Legal Assistance.** You may wish to get legal help from a lawyer.  If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

5.  **Required information on all filings:** The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Judith Fabricant, Chief Justice on _____May 4^(th)_____ , 20 21 .


_____

Michael A. Sullivan
Clerk-Magistrate


Note:  The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.


## PROOF OF SERVICE OF PROCESS

        I hereby certify that on_____, 20___, I served a copy of this summons, together with a copy of the complaint in this action, on the defendant named in this summons, in the following manner (See Mass. R. Civ. P. 4(d)(1-5)):

_____

_____

_____

Dated:_____ , 20___        Signature: _____


**N.B.**      **TO PROCESS SERVER:**

        PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX - BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.

|  |
|---|
| , 20___ |

Received 06-02-2021

COMMONWEALTH OF MASSACHUSETTS

DOCKET NO. 21-965

James Torino
PLAINTIFF(S)

VS.

PayPAL

DEFENDANT(S)

COMPLAINT

FILED
IN THE OFFICE OF THE
CLERK OF COURTS
FOR THE COUNTY OF MIDDLESEX

APR 30 2021

CLERK

## PARTIES

1) Plaintiff(s) reside at 8 Albert Street, Woburn

in the County of Middlesex

2) Defendant(s) reside at 2211 North First Street SAN Jose
(ALifornia, 95131

in the County of Santa Clara, CA.

## FACTS

3)

PAYPAL froze my business Account for No Reason. I could not Get access to my money & Intro I was emailed that I could NoT Do business with them anymore. I ended up closing my bank Account because of it. Its Contributing to Emotional Distress. I am looking to seele Punitive Damage.

DATED: 4/27/21

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

Plaintiff(s)

Received 06-02-2021

| CIVIL ACTION COVER SHEET | DOCKET NUMBER 21-965 | Trial Court of Massachusetts The Superior Court |
|---|---|---|

PLAINTIFF(S): James To Pino

ADDRESS: 8 Albert Street

Wolvin, Ma. 01801

COUNTY

2

DEFENDANT(S): PAYPAL

ATTORNEY:

ADDRESS:

ADDRESS: 2211 North first Street San Jose, CAlifornia 95131

BBO:

## TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)

CODE NO. BE1

TYPE OF ACTION (specify) business tort

TRACK A

HAS A JURY CLAIM BEEN MADE? ☐ YES ☒ NO

*If "Other" please describe:

## STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ................................................... $ 0
2. Total doctor expenses ..................................................... $ 0
3. Total chiropractic expenses ............................................ $ 0
4. Total physical therapy expenses .................................... $ 0
5. Total other expenses (describe below) ........................... $ 0

FILED
IN THE OFFICE OF THE
CLERK OF THE
COURTS
FOR THE COUNTY OF MIDDLESEX

APR 30 2021

Subtotal (A): $ 0

B. Documented lost wages and compensation to date ................................. $ 0
C. Documented property damages to dated ............................................... $ 0
D. Reasonably anticipated future medical and hospital expenses ................ $ 25,000
E. Reasonably anticipated lost wages .................................................... $ 600,000
F. Other documented items of damages (describe below) ........................... $ 5,000,000

CLERK

G. Briefly describe plaintiff's injury, including the nature and extent of injury:
Emotional Distress - Life long

TOTAL (A-F):$ 5,625,000

### CONTRACT CLAIMS
(attach additional sheets as necessary)

Provide a detailed description of claims(s):

TOTAL: $ 5,625,000

Signature of Attorney/Pro Se Plaintiff: X _____

Date: 4/27/21

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

## CERTIFICATION PURSUANT TO SJC RULE 1:18

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney of Record: X _____

Date: _____

Received 06-02-2021

## Tort claims

**Total medical expenses-**
Future medical expenses estimated around- $25,000 for continued therapy.

**Lost wages to date-**
The business bank account got closed. I estimate my lost wages at $12,000 a year.

**Anticipated lost wages-**
I had the potential to make $12,000 a year with that business X 50 years = $600,000

**The extent of injury-**
The stress of my account freezing my money ~~caused me~~ is Contributing to have emotional distress.

Estimated Punitive Damages- $5,000,000.

Thank you,

James Todino

4/27/21

Received 06-02-2021

U.S. POSTAGE
FCM LG ENV
WOBURN, MA
01801
MAY 18...
AMOUNT

**$4.60**

R2305M148223...

95131

1000

UNITED STATES
POSTAL SERVICE

OMA
MAY 26 2021

OMA

9513192021 C01S

7020 3160 0002 2334 3613

PAY PAL

2211 North First Street

San. Jose, California.

95131

Customer
service

SJC
MAY 24 2021

SJC

SJC

Mr. James Todino
8 Albert St., Apt. 1
Woburn, MA 01801-2177

Received 06-02-2021