James Todino Vs. PayPal Inc.                    Case No. 21-cv-11099-WGY

Massachusetts Federal Court at 1 Courthouse Way, Boston, MA 02210

Plaintiff-

James Todino 8 Albert Street Apt. # 1 Woburn, Ma. 01801 Phone # 1-978-490-1069

VS.

<u>Defendant's- (Party's involved 3)</u>

1. Pay Pal Inc. 221 North first street San Jose, Ca. 95131.

## Motion to Expunge/Remove

Plaintiff is requesting a motion to expunge and remove Case No. 21-cv-11099-WGY.

11/15/2021                                      /S/ James Todino

-------------------------------                 ---------------------------------------------

Date                                            Signature -James Todino (Plaintiff) - Pro Se.